## L. E. Vickers, Appellee, v. Mary C. Bailey, Appellant.
### Gen. No. 10,354.

opinion filed June 29, 1949; rehearing denied August 11, 1949; released for publication August 15, 1949. Kevin D. Kelly, for appellant; James L. Waring, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.**